JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD D. BAMRICK, | ) | No. CV 14-01013-CAS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| C. WOFFORD, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: February 19, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE